IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01695-DDD-SBP

HUNTER ADAM MELNICK,

    Plaintiff,

v.

POLIS, Governor
DEAN WILLIAMS, Exec. Dir. of Prisons,
DR. BUTLER, Chief of Psychiatry,
THERESA MITCHELL,
JANE DOE, and
JANE/JOHN DOES,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Adopting in Part Recommendation of Magistrate Judge and Dismissing Case, filed December 1, 2023, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

    ORDERED that the Recommendation of United States Magistrate Judge (Doc. 130) is ACCEPTED and ADOPTED in part. It is further

ORDERED that judgment is hereby entered in favor of Defendants, Governor Polis; Dean Williams, Executive Director of Prisons; Dr, Butler, Chief of Psychiatry; Theresa Mitchell; Jane Does; and Jane/John Does, and against Plaintiff, Hunter Adam Melnick, on Defendants' Motion to Dismiss. It is further

ORDERED that plaintiff's complaint and action are dismissed.

DATED at Denver, Colorado this <u>1st</u> day of December, 2023.

                              FOR THE COURT:

                              JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk